DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AKEEM R. WELCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0471

_____

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

 Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.